1  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN: 146505)
2  970 West 190th Street, Suite 700
   Torrance, California 90502
3  Tel No:   310/ 768-3068
   Fax No:  310/ 719-1019
4
5  BOWMAN AND BROOKE LLP
   Sean A. Ramia (SBN: 172989)
6  Parris Schmidt (SBN: 183999)
   1741 Technology Drive, Suite 200
7  San Jose, California 95110-1364
   Tel No:   408/ 279-5393
8  Fax No:  408/ 279-5845

9  Attorneys for Defendant
   JAGUAR LAND ROVER NORTH AMERICA, LLC
10

11              **IN THE UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  ASWIN SRINIVASAN,                    )   **CASE NO.:  5:20-cv-00801-NC**
                                         )   (Removed from the Superior Court of
15              Plaintiff,               )   Santa Clara County, California; Case
                                         )   No.19-cv-360843
16                                       )
       vs.                               )   Assigned to: Honorable Nathanael M.
17                                       )   Cousins
                                         )
18  JAGUAR LAND ROVER NORTH              )   **JOINT STIPULATION AND ORDER**
    AMERICA, LLC; and DOES 1 - 10,       )   **FOR DISMISSAL WITH PREJUDICE**
19                                       )
              Defendants.                )   Action Filed:   December 27, 2019
20                                       )   Trial:          None
                                         )
21

22

23

24  **TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

25       The parties to this action, acting through their counsel of record, and pursuant

26  to Federal Rule of Civil Procedure 41(a)1(A) (ii) hereby stipulate, in consideration of

27  a negotiated confidential settlement executed by them, to the Dismissal with

28  Prejudice of this action including all claims and counterclaims stated herein against

1 | all parties, with each party to bear its own attorney's fees and costs.

2

3 | DATED: December 8, 2020          BOWMAN AND BROOKE LLP

4

5 |                                      BY: _____/s/ Parris H. Schmidt_____.

6 |                                          Brian Takahashi

7 |                                          Sean A. Ramia
                                             Parris Schmidt

8 |                                          Attorneys for Defendant

9 |                                          JAGUAR   LAND   ROVER   NORTH
                                             AMERICA, LLC

10

11 | DATED: December 8, 2020          LEMON LAW PRO

12

13 |                                      BY: _____/s/ Kimberli C. Zazzi_____.

14 |                                          Kimberli C. Zazzi

15 |                                          Attorneys for Plaintiff
                                             ASWIN SRINIVASAN

16

17 |                          Attestation re: Electronic Signatures

18 |        I, PARRIS H. SCHMIDT, attest pursuant to Northern District Local Rule 5-

19 | 1(i)(3) that all other signatories to this document, on whose behalf this filing is

20 | submitted, concur in the filing's content and have authorized this filing. I declare

21

22 | under penalty of perjury under the laws of the United States of America that the

23 | foregoing is true and correct.

24

25 | DATED: December 8, 2020             _____/s/ Parris H. Schmidt_____.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED:  December 8, 2020



_____

Nathanael M. ~~~~~~~~~~~~
United States ~~~~~~~~~~~~